# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

Steven Chavez Duran
    Defendant.

Case Number CR 06-70783 HRL

ORDER - CJA CONTRIBUTION(s) DUE

**FILED**
DEC -1 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C., Section 3006 (A),

IT IS HEREBY ORDERED THAT:

[X] THE DEFENDANT IS LIABLE FOR A CONTIRUBUTION OF $ 100 PER MONTH, until the case is concluded or until further order of the Court, commencing: **If not in custody**

    [ ] That certain date of __12/15/06__ and the SAME DAY each month thereafter;

    [ ] The first day of _____ and the FIRST DAY of each month thereafter;

    [ ] MAIL TO:    Clerk, U. S. District Court
                          280 South First Street, Room 2112
                          San Jose, CA. 95113-3095

Please indicate that this is a CJA payment and include the case number shown above.

[ ] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY:

    [ ] That certain date of _____;

    [ ] MAIL TO:    Clerk, U. S. District Court
                          280 South First Street, Room 2112
                          San Jose, CA. 95113-3095

Please indicate that this is a CJA Payment and include the case number shown above.

DATED: 12/1/06

_Howard R. Lloyd_
U. S. MAGISTRATE JUDGE

AO 72

cc: Defense counsel, defendant, AUSA, Finance Office, Probation