1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  SUSAN R. JERICH (CSBN 188462)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7158
7      Facsimile: (415) 436-7234
       Email: susan.jerich@usdoj.gov
8
   Attorneys for Plaintiff
9

**FILED**

DEC - 5 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                        SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,            )   No.: CR 06-70783 HL
14           Plaintiff,                  )
                                         )   PARTIES' STIPULATION & PROPOSED
15                                       )   ORDER REQUESTING THAT THE
                                         )   DATE FOR DETENTION HEARING BE
16                                       )   CONTINUED
17  STEVEN DURAN,                        )   and Order
                                         )
18           Defendant.                  )
                                         )
19

20     The parties stipulate and agree, and the Court finds and holds, as follows:

21     1. The defendant was arraigned on a criminal complaint on Monday, December 4, 2006. A

22  detention hearing in this matter was originally scheduled for Wednesday, December 6, 2006.

23     2. The parties respectfully request that the date for detention hearing be continued one

24  additional day to Thursday, December 7, 2006 at 9:30 a.m..

25     3. The basis for this request is that the Assistant United States Attorney, who was not present

26  in court for the initial scheduling of the detention hearing, is appearing before the Court on

27  // //

28  // //

STIPULATION AND PROPOSED ORDER
CR 06-70783 HT

1 | Thursday, December 7, 2006, on another related matter.
2 |
3 | SO STIPULATED.
4 | DATED: 12/5/06                                   Respectfully Submitted,
5 |
6 |
7 |                                                  /s/ 
  |                                                  SUSAN R. JERICH
  |                                                  Assistant United States Attorney
8 | DATED: 12/5/06
9 |
10|                                                  /s/
  |                                                  JERRY FONG
11|                                                  Counsel for Defendant
12|
13| SO ORDERED.
  |         12/5/06
14|                                                  HONORABLE HOWARD LLOYD
  |                                                  United States Magistrate Judge
15|

STIPULATION AND PROPOSED ORDER
CR 06-70783 HL
                                        2