| | |
|---|---|
| 1  KEVIN V. RYAN (CSBN 118321)<br>    United States Attorney | **FILED** |
| 2 | |
| 3  MARK L. KROTOSKI (CSBN 138549)<br>    Chief, Criminal Division | JAN 17 2007 |
| 4  BARBARA BRENNAN SILANO (MASSBAR 055540)<br>    Assistant United States Attorney | CLERK, U...<br>NORTHERN D... ...FORNIA |

450 Golden Gate Avenue
San Francisco, Ca. 94102
Tel: (415) 436-7223

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>v.<br>STEVEN CHAVEZ DURAN,<br>      Defendant. | No. CR-5:06-mj-70783- HRL<br><br>STIPULATION AND ORDER TO CONTINUE<br><br>SAN JOSE VENUE |

Both parties hereby agree as follows:

That the date for preliminary hearing or arraignment currently set for January 18, 2007 at 9:30 a.m., be continued until March 1, 2007 at 9:30 a.m.. The defendant understands that he is entitled to a preliminary hearing within twenty days under Federal Rules of Criminal Procedure Rule 5.1 and waives his right to have a preliminary hearing until march 1, 2007. Moreover, the defendant understands that he a right to a speedy trial under 18 U.S.C. § 3161 and that the time period between January 18, 2007 and March 1, 2007 is excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) in order to allow a sufficient time for the defendant to review discovery and have adequate time for effective preparation.

WHEREFORE the parties request that the hearing presently set for January 18, 2007 at 9:30 a.m., be continued until March 1, 2007 at 9:30 a.m.

STIPULATION AND ORDER TO CONTINUE

1 | DATED: January 16, 2007

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
BARBARA BRENNAN SILANO
Assistant United States Attorney

/s/
JERRY Y. FONG
Counsel for Steven Duran

SO ORDERED:

Date: 1/17/07

HON. RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO CONTINUE