1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Defendant
   STEVEN CHAVEZ DURAN

6

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,            | CASE NO. CR 07 0109 JW
11 |         Plaintiff,                   | STIPULATION TO CONTINUE
   |                                      | STATUS HEARING AND
12 | vs.                                  | [PROPOSED] ORDER THEREON
13 | STEVEN CHAVEZ DURAN,                 | FINAL REQUEST
14 |         Defendant.                   |
15 |_____|

16   It is hereby stipulated by and between counsel for the UNITED STATES, SUSAN
17 JERICH, and counsel for Defendant STEVEN CHAVEZ DURAN, JERRY Y. FONG, ESQ.,
18 that the date set a status conference on December 3, 2007, be continued to December 17,
19 2007.  The forensic experts have not yet resolved the issue of the re-weighing of the drugs
20 which were produced in discovery.  The weight impacts the settlement negotiations in this
21 case.
22   IT IS SO STIPULATED.
23 DATED:  November 26, 2007            CAREY & CAREY
24
25                                       /s/
                                         JERRY Y. FONG, Attorneys for
26                                       Defendant STEVEN CHAVEZ DURAN
27 ///
28 ///

1
2  DATED:       11/26      , 2007        UNITED STATES OF AMERICA,
3
4                                                /s/
                                          SUSAN JERICH
5                                         Assistant United States Attorney
6
7                                          ORDER

8       GOOD CAUSE APPEARING THEREFORE, and upon stipulation of the parties, it
9  is hereby ordered that the present date set for status hearing of December 3, 2007 be
10 vacated and that a status hearing be set for 1:30 pm on December 17, 2007.
11      IT IS SO ORDERED.  This is the parties' final request to continue by stipulation.
12 Further requests for continuance shall be made on the Court's record.
13 DATED:   November 29  , 2007          /s/ James Ware
                                          HON. JAMES WARE
14                                        U.S. DISTRICT COURT JUDGE
15
16
17
18
19
20
21
22
23
24
25
26
27
28