JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Defendant STEVEN CHAVEZ DURAN



IT IS SO ORDERED AS MODIFIED

Judge James Ware

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.:   CR 07-00109 JW |
| Plaintiff, ) | STIPULATION TO CONTINUE DATE SET FOR JUDGMENT AND SENTENCING AND xxxxxxxxx ORDER THEREON |
| vs. ) | |
| STEVEN CHAVEZ DURAN, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between SUSAN JERICH, counsel for the UNITED STATES OF AMERICA, and JERRY Y. FONG, counsel for Defendant STEVEN CHAVEZ DURAN, that the date set for judgment and sentencing, June 16, 2008 at 1:30 pm, be continued to July 14, 2008, at 1:30 pm, to allow counsel for the Defendant to further explore the quantity of drugs issue, which will be a relevant factor in said sentencing hearing.

The probation officer, Ms. Lori Timmons, has no objection to this continuance.

IT IS SO STIPULATED.

DATED:  May 30, 2008                                  CAREY & CAREY



                                                                      /s/
                                                         JERRY Y. FONG, Attorneys for
                                                         Defendant STEVEN CHAVEZ DURAN

DATED: _____5/30_____, 2008          UNITED STATES OF AMERICA

_____/s/_____
SUSAN JERICH
Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING THEREFORE, and upon stipulation of the parties, it is hereby ordered that the present date set for judgment and sentencing of June 16, 2008, be **continued to August 25, 2008 at 1:30 PM** due to the scheduling availability of the Court. This is the FINAL request for continuance.

IT IS SO ORDERED.

DATED: _____June 3,_____ ,2008          *[signature: James Ware]*
HON. JAMES WARE
U.S. DISTRICT COURT JUDGE

2
STIPULATION TO CONTINUE DATE FOR JUDGMENT AND SENTENCING AND ORDER THEREON