1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Defendant
   STEVEN CHAVEZ DURAN
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,           | CASE NO. CR 07 0109 JW
                                       |
11           Plaintiff,                 | STIPULATION TO CONTINUE
                                       | DATE SET FOR JUDGMENT AND
12     vs.                              | SENTENCING and [proposed]
                                       | ORDER THEREON
13 STEVEN CHAVEZ DURAN,                |
                                       |
14           Defendant.                 |
                                       |
15 ─────────────────────────────

16     It is hereby stipulated by and between counsel for the UNITED STATES, SUSAN

17 JERICH, and counsel for Defendant STEVEN CHAVEZ DURAN, JERRY Y. FONG, ESQ.,

18 that the date set for judgment and sentencing currently set for 1:30 pm on August 25, be

19 continued to September 22, 2008.  The probation officer has advised us that she is

20 unavailable on August 25 and for a period of time in early September.

21     IT IS SO STIPULATED.

22 DATED:  July 16, 2008              CAREY & CAREY

23

24                                        /s/
                                        JERRY Y. FONG, Attorneys for
25                                       Defendant STEVEN CHAVEZ DURAN

26 ///

27 ///

28 ///

                              1
            STIPULATION TO CONTINUE JUDGMENT AND SENTENCING

DATED:      7/16     , 2008        UNITED STATES OF AMERICA,


                                          /s/
                                   SUSAN JERICH
                                   Assistant United States Attorney



### ORDER

GOOD CAUSE APPEARING THEREFORE, and upon stipulation of the parties, it is hereby ordered that the present date set for judgment and sentencing of August 25, 2008, be continued to Monday, September 22, 2008, at 1:30 pm.

IT IS SO ORDERED.

This is the parties' LAST and FINAL request for continuance.

DATED:    July 30    , 2008        _____
                                   HON. JAMES WARE
                                   U.S. DISTRICT COURT JUDGE