1   JERRY Y. FONG, ESQ. (SBN 99673)
    CAREY & CAREY
2   706 COWPER STREET
    P.O. BOX 1040
3   PALO ALTO, CA  94302-1040
    650/328-5510
4   650/853-3632 fax

5   Attorneys for Defendant STEVEN CHAVEZ DURAN

6

7

8                   UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,      )     CASE NO.:  CR 07-00109 JW
                                     )
12         Plaintiff,                )     STIPULATION OF THE PARTIES'
                                     )     TO CONTINUE EVIDENTIARY
13   vs.                             )     HEARING RE SAFETY-VALVE &
                                     )     [PROPOSED] ORDER RE SAME.
14   STEVEN CHAVEZ DURAN,            )
                                     )
15         Defendant.                )
     _____)

16

17        At the request of Defendant Steven Duran, the parties, through their respective

18   counsel, hereby stipulate to request that the Court continue the evidentiary hearing scheduled

19   on Friday, January 9, 2009, at 1:00 p.m., before the Honorable James Ware, Judge of the

20   United States District Court for the Northern District of California, to January  30 , 2009,

21   at  **1:30 P.M.**

22        The hearing is intended to cover the issue of whether or not Defendant Duran had

23   been truthful in his safety-valve debriefing regarding his history (or the lack of) of drug

24   trafficking in the Salinas area.  Since the last court hearing, Defendant Duran and his counsel

25   (and their investigator) have been attempting to locate witnesses who can offer rebuttal

26   testimony to those proffered by Confidential Sources on whom the Government will rely in

27   proving that Mr. Duran had not been truthful during his safety-valve debriefing.

28        Mr. Duran represents that last week, the Defense finally successfully contacted a

     witness who can provide information, evidence, and leads on this issue for the defense.  In

IT IS SO ORDERED
AS MODIFIED
*James Ware*
Judge James Ware

1    order to pursue this lead, the Defense respectfully requests that the Court continue the

2    January 9, 2009 hearing for a short period of time so that the Defense can attempt to

3    complete its investigation and preparation.

4        The Government does not oppose this request for a continuance.  Accordingly, the

5    parties jointly stipulate to request that the Court continue the evidentiary hearing from

6    January 9, 2009 for a period of approximately two weeks, to the week of January 19 or

7    January 26, 2009.  Correspondingly, the actual sentencing hearing (presently scheduled on

8    January 26, 2009) should be continued to February 9, 2009, at 1:30 p.m.  It is so stipulated.

9

10

11    DATED:     1/3/09                            _____/S/_____

                                              by JERRY FONG, ESQ., for

12                                             Defendant STEVEN DURAN

13

14

15

16    DATED:     1/4/09                            _____/S/_____

                                              by SUSAN JERICH, AUSA, for

17                                             Plaintiff UNITED STATES OF AMERICA

18                         IT IS SO ORDERED AS MODIFIED

19

20        Pursuant to the Stipulation of the Parties, and good cause appearing herein, it is hereby

21    ordered that the evidentiary hearing scheduled on January 9, 2009 at 1:30 p.m. shall be

22    continued to January    **30**    , 2009 at    **1:30 PM**          , and the sentencing hearing shall

23    be continued to February 9, 2009 at 1:30 p.m.  It is so ordered.

24

25

26    DATED:    January 5, 2009                        _____

                                             JUDGE OF THE UNITED STATES

27                                             DISTRICT COURT

28